# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL MARKSBERRY, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>FCA US LLC, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:19-cv-02724-EFM-JPO<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE OF RULE 26 INITIAL DISCLOSURES

Defendant FCA US LLC, by undersigned counsel, pursuant to Federal Rule of Civil Procedure 26, hereby notifies the Court that on this 17th day of January, 2020, it served its Rule 26(a)(1)(A) Initial Disclosure Statement via electronic mail on all counsel of record.

Respectfully submitted,

By:   /s/ *Stephen D'Aunoy*
Stephen D'Aunoy (DKS Bar Number 78758)
Thomas L Azar, Jr. (DKS Bar Number 78759)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Fax: (314) 552-7000
Email: sdaunoy@thompsoncoburn.com
       tazar@thompsoncoburn.com

Craig S. Laird (KS Bar Number 25266)
Scottie S. Kleypas (KS Bar Number 20650)
ROBERT A. KUMIN, P.C.
6901 Shawnee Mission Parkway, Suite 250
Overland Park, KS 66202
Telephone: (913) 432-1826
Fax: (913) 236-7115
Email: clairds@kuminlaw.com
       skleypas@kuminlaw.com

*Attorneys for Defendant FCA US LLC*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, a true and correct copy of the foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, including the following:

Bryce B. Bell
Bryce@BellLawKC.com
Mark W. Schmitz
ms@belllawkc.com
Bell Law, LLC
2600 Grand Blvd., Ste. 580
Kansas City, MO 64108

*Attorneys for Plaintiff*

Jacob L. Kurtz
jacob.kurtz@caselinden.com
Case Linden P.C.
2600 Grand Boulevard, Suite 300
Kansas City, MO 64108

*Attorneys for Defendant Landers McLarty Olathe KS, LLC*

              /s/ *Stephen D'Aunoy*