## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL MARKSBERRY,**<br><br>    Plaintiff,<br><br>v.<br><br>**FCA US LLC f/k/a CHRYSLER GROUP LLC and LANDERS MCLARTY OLATHE KS, LLC d/b/a OLATHE DODGE CHRYSLER JEEP RAM,**<br><br>    Defendants. | Case No.: 2:19-cv-02724-EFM-JPO |

### NOTICE OF SETTLEMENT AS TO DEFENDANT LANDERS MCLARTY OLATHE KS, LLC d/b/a OLATHE DODGE CHRYSLER JEEP RAM ONLY

Defendant Landers McLarty Olathe KS, LLC d/b/a Olathe Dodge Chrysler Jeep Ram ("Olathe Dodge") hereby notifies the Court that the individual claims of named plaintiff Michael Marksberry against Olathe Dodge, only, have been settled on an individual basis. A notice of dismissal will be filed after the execution of a formal settlement agreement. Plaintiff's claims against FCA US LLC remain pending before the Court.

Respectfully submitted,

**Case Linden P.C.**

s/ Jacob L. Kurtz
Jacob L. Kurtz, USDC KS 78530
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:  (816) 979-1500
Fax:  (816) 979-1501
jacob.kurtz@caselinden.com
Attorney for Defendant Landers McLarty Olathe KS, LLC d/b/a Olathe Dodge Chrysler Jeep Ram

**Certificate of Service**

      I hereby certify that on June 16, 2021, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Bryce B. Bell
Mark W. Schmitz
Bell Law, LLC
2600 Grand Blvd., Ste. 580
Kansas City, MO 64108
Attorneys for Plaintiff

Scottie S. Kleypas
Craig S. Laird
Robert A. Kumin, P.C.
6901 Shawnee Mission Pkwy
Building 2, Ste. 250
Overland Park, KS 66202
Attorneys for Defendant FCA US LLC f/k/a Chrysler Group, LLC

Thomas L. Azar, Jr.
Stephen A. D'Aunoy
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
Attorneys for Defendant FCA US LLC f/k/a Chrysler Group, LLC

                                                s/ Jacob L. Kurtz
                                                Jacob L. Kurtz