# United States District Court

---------------------------- DISTRICT OF KANSAS----------------------------

**MICHAEL MARKSBERRY,**

        **Plaintiff,**

v.                                               Case No: 19-2724-EFM

**FCA US LLC,**

        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered. IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 174, filed on June 9, 2022, Defendant's Motion for Summary Judgment (Doc. 90) is GRANTED.

This case is closed.

| | |
|---|---|
| 6/9/2022 | SKYLER O'HARA |
| Date | CLERK OF THE DISTRICT COURT |
| | |
| | by: s/ Cindy McKee |
| | Deputy Clerk |